John D. Rue
Attorney I.D. No. 047032005
JOHN RUE & ASSOCIATES
37 Main Street
Sparta, NJ 07871
(862) 283-3155
john@johnruelaw.com
Attorneys for Plaintiffs

| | |
|---|---|
| C.P., individually and on behalf of F.P., a minor child; D.O., individually and on behalf of C.C., a minor child; A.S., individually and on behalf of A.A.S., a minor child; John and Jane Doe, individually and on behalf of their minor child; James Doe, Y.H.S. and H.Y., individually and on behalf of their minor child, C.H.S., J.M., and E.M. on behalf of their minor child, C.M., M.M., individually and on behalf of K.M.; and on behalf of ALL OTHERS SIMILARLY SITUATED, <br><br> *Plaintiff*, <br><br> v. <br><br> NEW JERSEY DEPARTMENT OF EDUCATION; LAMONT REPOLLET, Acting Commissioner of Education, <br><br> *Defendant*. | UNITED STATES DISTRICT COURT DISTRICT OF NEW JERSEY <br><br> Civil Action No. 1:19-cv-12807 (NLH/KMW) <br><br><br> **PLAINTIFFS' NOTICE OF MOTION FOR A PRELIMINARY INJUNCTION** |

**PLEASE TAKE NOTICE** that on November 18, 2019 at 9:00 in the forenoon, or as soon thereafter as counsel may be heard, the undersigned, attorneys for the Plaintiffs, will move before the Honorable Noel L. Hillman, U.S.D.J. at the Mitchell H. Cohen Building & U.S. Courthouse, 4th & Cooper Streets, Camden, NJ 08101 for an Order granting a preliminary injunction and appointing John Rue & Associates, LLC as Class Counsel.

**PLEASE TAKE FURTHER NOTICE** that in support of the with motion, Plaintiffs shall rely upon the pleadings filed in this matter, the Certifications or Affirmations of John Rue, Donald Soutar, Thomas O'Leary, Catherine Merino Reisman, Judith Gran, David Giles, and Denise Dwyer, filed herewith, and the accompanying Memorandum of Law.

**PLEASE TAKE FURTHER NOTICE** that, at the time and place aforesaid, Plaintiffs shall request that the Court enter the proposed Order submitted herewith.

**PLEASE TAKE FURTHER NOTICE** that, Plaintiffs request oral argument if opposition is filed.

Dated:  October 25, 2019                     */s John D. Rue*
                                              John D. Rue

## **CERTIFICATION OF SERVICE**

I hereby certify that, on this date, I served a copy of Plaintiffs' Notice of Motion for a Preliminary Injunction, Plaintiffs' Memorandum of Law in Support, all supporting Certifications and Affirmations, and proposed form of Order upon counsel of record for the parties by filing the same via the Court's Electronic Case Filing System.

Dated: October 25, 2019                          */s John Rue*
                                                             JOHN RUE