

DONALD A. SOUTAR
Counsel
55 Madison Ave., Suite 400
Morristown, NJ 07960
dsoutar@coylelawgroup.com
t. 973.370.3218
f. 973.860.5520

September 29, 2022

*Via ECF*
Hon. Noel L. Hillman, U.S.D.J.
United States District Court for the District of New Jersey
Mitchell H. Cohen Building & U.S. Courthouse
4th & Cooper Streets
Camden, NJ 08101

RE:   *C.P., et al. v. N.J. Dep't of Edu., et al.*; Case No. 1:19-cv-12807-NLH-KMW

Dear Judge Hillman:

My firm is co-counsel for the Plaintiffs and the Classes in this matter. We write to provide Your Honor with a brief update regarding the ability of defendant New Jersey Department of Education ("NJDOE") to generate a list of Class Members from its due process database and to advise Your Honor that the deposition Your Honor Ordered for September 30, 2022 is no longer necessary.

On September 20, 2022, Your Honor Ordered the deposition of an NJDOE representative regarding the technical capabilities of its database to generate a list of potential class members, which was to occur on September 26, 2022. [DE #411] On September 23, 2022, Your Honor adjourned that deposition until September 30, 2022, based on the parties' representation that we had worked collaboratively and made substantial progress to resolve this issue. [DE #414] I am pleased to report that NJDOE's representative has now certified to its ability to generate a list of those who have filed due process petitions (*i.e.,* potential Class Members) and that NJDOE had, in fact, generated the list.

Accordingly, I write to advise Your Honor that there is no further need for the September 30, 2022 deposition. We thank Your Honor for your continued attention to this matter.

Respectfully submitted,

Donald A. Soutar
cc:    All appearing counsel (by ECF)