UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| C.P., individually and on behalf of F.P., a minor child; D.O. individually and on behalf of M.O., a minor child; S.B.C., individually and on behalf of C.C., a minor child; A.S., individually and on behalf of A.A.S., a minor child; M.S., individually and on behalf of her minor child, H.S.; Y.H.S., individually and on behalf of his minor child, C.H.S.; E.M. on behalf of her minor child, C.M.; M.M., individually and on behalf of K.M.; L.G., individually and on behalf of her minor child, T.M.; E.P., individually and on behalf of her minor child, Ea.P.; and on behalf of ALL OTHERS SIMILARLY SITUATED,<br><br>Plaintiffs,<br><br>v.<br><br>NEW JERSEY DEPARTMENT OF EDUCATION; ANGELICA ALLEN-McMILLAN, Acting Commissioner of Education, in her official capacity,<br><br>Defendants. | Civil Action No. 19-cv-12807-NLH-MJS<br><br>Noel L. Hillman, U.S.D.J.<br><br>Matthew J. Skahill, U.S.M.J.<br><br>**NOTICE OF UNOPPOSED MOTION FOR ORDER GRANTING PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT, DIRECTING ISSUANCE OF SETTLEMENT NOTICE, AND SCHEDULING HEARING ON FINAL APPROVAL** |

To: Matthew Lynch, Deputy Attorney General
Division of Law
25 Market Street, P.O. Box 112
Trenton, New Jersey 08625-0112
Attorney for Defendants

**PLEASE TAKE NOTICE** that, as soon as counsel can be heard, the undersigned counsel for Plaintiffs shall move before the Honorable Noel L. Hillman, United States District Judge, at the United States District Court for the District of New Jersey, Mitchell H. Cohen Building and United States Courthouse, Fourth and Cooper Streets, Camden, New Jersey, for entry of an Order preliminarily approving the Consent Order and Settlement Agreement, directing issuance of notice of the settlement, and scheduling a final approval hearing.

Respectfully submitted,

Dated: December 11, 2023

*/s/ Catherine Merino Reisman*
Catherine Merino Reisman
Judith A. Gran
Reisman Carolla Gran & Zuba LLP
19 Chestnut Street
Haddonfield, New Jersey 08033
catherine@rcglawoffices.com
856.354.0071

*/s/ David R. Giles*
David R. Giles
Law Office of David R. Giles
34 Rynda Road
South Orange, New Jersey 07079
davidgiles@davidgileslaw.com
973.763.1500

*/s/ Elizabeth Athos*
Elizabeth Athos
Jessica Levin
Education Law Center
60 Park Place, Suite 300
Newark, New Jersey 07102
eathos@edlawcenter.org
973.624.1815

*/s/ Denise Lanchantin Dwyer*
Denise Lanchantin Dwyer
Law Office of Denise Lanchantin Dwyer LLC
5 Duxbury Court
Princeton Junction, New Jersey 08550
denise@dldwyerlaw.com
609.632.0475

*/s/ Robert C. Thurston*
Robert C. Thurston
Thurston Law Offices LLC
433 River Road
Suite 1315
Highland Park, New Jersey 08904-1951
rthurston@schoolkidslawyer.com
856.335.5291

*/s/ Jeffrey I. Wasserman*
Jeffrey I. Wasserman
Wasserman Legal LLC
1200 Route 22 East
Suite 2000, # 2238
Bridgewater, New Jersey 08807
jwasserman@wasslegal.com
973.486.4801

## CERTIFICATE OF SERVICE

I, Catherine Merino Reisman, certify that I served the foregoing Unopposed Motion for Preliminary Approval on all parties and counsel of record by filing it through the Court's ECF system.

Dated: December 11, 2023

*/s/ Catherine Merino Reisman*
Catherine Merino Reisman
