# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| C.P., individually and on behalf of F.P., a minor child; D.O. individually and on behalf of M.O., a minor child; S.B.C., individually and on behalf of C.C., a minor child; A.S., individually and on behalf of A.A.S., a minor child; M.S., individually and on behalf of her minor child, H.S.; Y.H.S., individually and on behalf of his minor child, C.H.S.; E.M. on behalf of her minor child, C.M.; M.M., individually and on behalf of K.M.; L.G., individually and on behalf of her minor child, T.M.; E.P., individually and on behalf of her minor child, Ea.P.; and on behalf of ALL OTHERS SIMILARLY SITUATED,<br>　　　　　　　　　　　　Plaintiffs,<br><br>v.<br><br>NEW JERSEY DEPARTMENT OF EDUCATION; KEVIN DEHMER, Interim Commissioner of Education, in his official capacity,<br>　　　　　　　　　　　　Defendants. | Civil Action No. 19-cv-12807<br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br>**NOTICE OF UNOPPOSED MOTION FOR FINAL APPROVAL OF SETTLEMENT AGREEMENT AND AWARD OF ATTORNEYS' FEES** |

PLEASE TAKE NOTICE that Plaintiffs hereby move this Court for an Order granting final approval of the Consent Order and Settlement Agreement and awarding the negotiated $4,750,000 in attorneys' fees and costs to Plaintiffs' Counsel. This Motion is based upon the accompanying (1) Memorandum of Law; (2) Declaration of Catherine Merino Reisman in Support of Unopposed Motion for

Final Approval of Settlement Agreement and Attorneys' Fees and exhibits; (3) Declaration of Catherine Merino Reisman in Support of Motion for Attorneys' Fees for Reisman Carolla Gran & Zuba LLP and exhibits; (4) Certification of David R. Giles and exhibit; (5) Declaration of Gregory G. Little in Support of Motion for Attorneys' Fees for Education Law Center and exhibit; (6) Certification of Robert C. Thurston in Support of Fee Petition Portion of Final Settlement and exhibit; (7) Declaration of Denise Lanchantin Dwyer in Support of Motion for Final Approval of Settlement Agreement and Attorneys' Fees and exhibit; (8) Declaration of Jeffrey I. Wasserman in Support of Motion for Final Approval of Settlement Agreement and Attorneys' Fees and exhibit; (9) Certification of Thomas J. O'Leary and exhibit; (10) Declaration of Donald A. Soutar and exhibit; and (11) Affirmation of Krista Rue and exhibits, filed separately; all pleadings and other documents on file in this action; and all matters of which the Court may take judicial notice.

Dated: March 11, 2024

/s/ *Catherine Merino Reisman*
Catherine Merino Resiman
Judith A. Gran (admitted *pro hac vice*)
Reisman Carolla Gran & Zuba LLP
19 Chestnut Street
Haddonfield, New Jersey 08033

David R. Giles
Law Office of David R. Giles
34 Rynda Road
South Orange, New Jersey 07079

Gregory G. Little (admitted *pro hac vice*)

Elizabeth Athos
Jessica Levin
Education Law Center
60 Park Place, Suite 300
Newark, New Jersey 07102

Denise Lanchantin Dwyer
Law Office of Denise L. Dwyer, LLC
5 Duxbury Court
Princeton Junction, New Jersey 08550

Jeffrey I. Wasserman
Wasserman Legal LLC
1200 Route 22 East, Suite 2000
Bridgewater, New Jersey 08807

Robert C. Thurston, Esq.
Thurston Law Offices LLC
433 River Road, Suite 1315
Highland Park, NJ 08904

*Class Counsel*

# CERTIFICATE OF SERVICE

I, Catherine Merino Reisman, certify that I served all parties and counsel of record the following documents by causing the same to be sent via the ECF system on the date indicated below.

- Notice of Motion
- Memorandum of Law in Support of Unopposed Motion for Final Approval of Settlement Agreement and Award of Attorneys' Fees and Costs
- Proposed Form of Order
- Declaration of Catherine Merino Reisman in Support of Unopposed Motion for Final Approval of Settlement Agreement and Attorneys' Fees
- Declaration of Catherine Merino Reisman in Support of Motion for Attorneys' Fees for Reisman Carolla Gran & Zuba LLP
- Certification of David R. Giles
- Declaration of Gregory G. Little in Support of Motion for Attorneys' Fees for Education Law Center
- Certification of Robert C. Thurston, Esq. in Support of Fee Petition Portion of Final Settlement
- Declaration of Denise Lanchantin Dwyer in Support of Motion for Final Approval of Settlement Agreement and Attorneys' Fees
- Declaration of Jeffrey I. Wasserman in Support of Motion for Final Approval of Settlement Agreement and Attorneys' Fees
- Certification of Thomas J. O'Leary
- Declaration of Donald A. Soutar
- Affirmation of Krista Rue, Esq.

Dated: March 11, 2024

*/s/ Catherine Merino Reisman*
Catherine Merino Reisman