REISMAN ▪ GRAN ▪ ZUBA LLP
923 Haddonfield Road ▪ Suite 300 ▪ Cherry Hill, New Jersey 08002
P: 856.354.0021 ▪ F: 856.548.5252 ▪ www.rgz.law

Catherine Merino Reisman**
Judith A. Gran*
Sarah E. Zuba+
Ava R. Giacobbo*

**Admitted in NJ, PA & NY
+Admitted in NJ & PA
*Admitted in PA

catherine@rgz.law

July 7, 2026

**Via ECF**
The Honorable Edward S. Kiel
United States District Court for the
District of New Jersey
Mitchell H. Cohen Building & U.S. Courthouse
4th and Cooper Streets
Camden, New Jersey 08101

**RE:** ***C.P., et al. v. N.J. Dep't of Educ., et al.***
**Case No. 1:19-cv-12807-ESK-MJS**

Dear Judge Kiel:

Pursuant to the Court Order dated May 5, 2026 (ECF No. 650), the Notice of Amendment to Consent Order (Notice) was posted on the class action website and the New Jersey Department of Education website, and it was served upon counsel for *Amici Curiae*, by May 8, 2026. ECF No. 650, ¶¶ 2, 3. The Notice states that any member of the Rule 23(b)(2) class may submit a response to the Amended Consent Order by email to info@nj45dayclassaction.com by July 6, 2026.

The Court further ordered Class Counsel to file any such responses on the docket by July 24, 2026. ECF No. 650 ¶ 4. In accordance with that mandate, Class Counsel report that they did not receive any responses to the Amended Consent Order by the July 6, 2026 deadline.

Respectfully submitted,

*/s/ Catherine Merino Reisman*

Catherine Merino Reisman
On Behalf of Class Counsel

cc: All Appearing Counsel (by ECF)